DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellant,

v.

**PHILIPPE PELLICER,**
Appellee.

No. 4D20-2004

[March 17, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 19-009546.

Dvaid C. Borucke of Cole, Scott & Kissane, P.A., Tampa, for appellant.

Steven E. Gurian of Marin, Eljaiek, Lopez & Martinez, P.L., Coconut Grove, for appellee.

PER CURIAM.

People's Trust Insurance Company ("PTIC") appeals the trial court's nonfinal order granting appellee's motion to compel appraisal of a claim under a property insurance policy. Upon review of the record and the appellate briefs, we accept appellee's concession of error and reverse.

The trial court granted appellee's motion to compel appraisal despite the parties' agreement that an evidentiary hearing was needed to address PTIC's position that appellee did not comply with its post-loss obligations under the governing insurance policy. The trial court must conduct that hearing to determine the necessity or sufficiency of appellee's compliance with those policy obligations. *Am. Coastal Ins. Co. v. Quadomain Condo. II Ass'n,* 294 So. 3d 921, 922 (Fla. 4th DCA 2020); *Sunshine State Ins. Co. v. Corridori,* 28 So. 3d 129, 131 (Fla. 4th DCA 2010); *People's Tr. Ins. Co. v. Ortega,* 306 So. 3d 280, 284 (Fla. 3d DCA 2020).

*Reversed and remanded.*

LEVINE, C.J., WARNER and CIKLIN, JJ., concur.

*          *          *

*Not final until disposition of timely filed motion for rehearing.*